IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **EDWARD EUGENE CADE #33494-177,** | § § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:17-CV-2470-L** |
| | § | |
| **UNITED STATES OF AMERICA,** | § § | |
| Defendant. | § § | |

## ORDER

This case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on November 20, 2017, recommending that this action be dismissed *sua sponte* for want of prosecution and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). No objections to the Report were filed.

Having reviewed the pleadings, file, record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, **accepts** them as those of the court, and *sua sponte* **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b).

**It is so ordered** this 29th day of December, 2017.

*[signature]*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**